No. 89–808.  SUTTON ET AL. *v.* NATIONAL INTERGROUP, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–810.  DOE, A MINOR, BY AND THROUGH HIS PARENT AND NEXT FRIEND, DOE *v.* SUMNER COUNTY BOARD OF EDUCATION.  C. A. 6th Cir.  Certiorari denied.

No. 89–818.  JAFFE *v.* MICHIGAN DEPARTMENT OF TREASURY. Ct. App. Mich.  Certiorari denied.

No. 89–820.  KINDIG *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–822.  OCORO *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 89–824.  GAGLIARDI ET AL. *v.* DUQUESNE LIGHT CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–830.  MARTIN *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 89–832.  PEEL *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 89–833.  GAGLIARDI *v.* SORICK ET AL.  C. A. 3d Cir. Certiorari denied.

No. 89–840.  PULLIAM *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89–842.  BROCK *v.* HUNSICKER ET AL.  C. A. 3d Cir. Certiorari denied.

No. 89–856.  BROWN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–892.  TRAVIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–895.  DOWNING ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.